LAW OFFICES OF
## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW  YORK  10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                                STEVEN WRIGHT
—                                                                                   *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

October 8, 2014

**BY ECF**

The Honorable Loretta A. Preska
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:      *United States v. Kevin Henderson*,
12 Cr. 863 (LAP)

Dear Judge Preska:

        This letter is submitted on behalf of defendant Kevin Henderson, whom I represent in the above-entitled case, and requests, for the reasons set forth below, an adjournment of Mr. Henderson's sentencing, which is scheduled for October 21, 2014.  I have been in contact with Assistant United States Attorney Brendan Quigley, who has informed me that the government consents to this request.

        Currently I am engaged in trial in *United States v. Chambers*, 13 Cr. 345 (LGS), and have been so since September 29, 2014.   As a result of the trial and preparation therefor, I have not had an opportunity to prepare a sentencing submission on Mr. Henderson's behalf, or even visit him for the past few weeks.   In addition, once trial concludes, I will be preparing for another trial, in *United States v. Ulbricht*, 14 Cr. 68 (KBF), scheduled to commence November 10, 2014 (and which is scheduled to last approximately 4-5 weeks).

Hon. Loretta A. Preska
Chief United States District Judge
Southern District of New York
October 8, 2014
Page 2 of 2

      Accordingly, it is respectfully requested that Mr. Henderson's sentencing be adjourned until early January 2015.   As noted above, I have been informed by AUSA Quigley that the government consents to this application.

                      Respectfully submitted,

                      Joshua L. Dratel, Esq.

cc:    Brendan Quigley
       Rahul Mukhi
       Assistant United States Attorneys