LAW OFFICES OF

## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                            STEVEN WRIGHT
—                                                            *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

October 8, 2014

**BY ECF**

The Honorable Loretta A. Preska
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                    Re:    *United States v. Kevin Henderson*,
                                12 Cr. 863 (LAP)

Dear Judge Preska:

      This letter is submitted on behalf of defendant Kevin Henderson, whom I represent in the above-entitled case, and requests, for the reasons set forth below, an adjournment of Mr. Henderson's sentencing, which is scheduled for October 21, 2014. I have been in contact with Assistant United States Attorney Brendan Quigley, who has informed me that the government consents to this request.

      Currently I am engaged in trial in *United States v. Chambers*, 13 Cr. 345 (LGS), and have been so since September 29, 2014. As a result of the trial and preparation therefor, I have not had an opportunity to prepare a sentencing submission on Mr. Henderson's behalf, or even visit him for the past few weeks. In addition, once trial concludes, I will be preparing for another trial, in *United States v. Ulbricht*, 14 Cr. 68 (KBF), scheduled to commence November 10, 2014 (and which is scheduled to last approximately 4-5 weeks).

Hon. Loretta A. Preska<br>
Chief United States District Judge<br>
Southern District of New York<br>
October 8, 2014<br>
Page 2 of 2

Accordingly, it is respectfully requested that Mr. Henderson's sentencing be adjourned until early January 2015. As noted above, I have been informed by AUSA Quigley that the government consents to this application.

Respectfully submitted,

Joshua L. Dratel

JLD/
cc: Brendan Quigley
     Rahul Mukhi
     Assistant United States Attorneys