LAW OFFICES OF
# JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL

LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

January 5, 2015

**BY ECF**

The Honorable Loretta A. Preska
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-7-15

Re:  *United States v. Kevin Henderson*,
     12 Cr. 863 (LAP)

Dear Chief Judge Preska:

    This letter is submitted on behalf of defendant Kevin Henderson, whom I represent in the above-entitled case, and requests, for the reasons set forth below, an adjournment of Mr. Henderson's sentencing, which is scheduled for January 12, 2015. I have been in contact with Assistant United States Attorney Brendan Quigley, who has informed me that the government does not object to this request.

    I am scheduled to commence a trial January 13, 2014, in *United States v. Ulbricht*, 14 Cr. 68 (KBF), which is expected to last 4-5 weeks. As a result of preparation for the trial, including review of jury questionnaires beginning this afternoon, I have not had an opportunity to prepare the sentencing submission on Mr. Henderson's behalf, or even visit him for the past few weeks. In addition, we are still collecting letters on Mr. Henderson's behalf from his family.

Hon. Loretta A. Preska
Chief United States District Judge
Southern District of New York
January 5, 2015
Page 2 of 2

Accordingly, it is respectfully requested that Mr. Henderson's sentencing be adjourned until mid-March 2015. As noted above, I have been informed by AUSA Quigley that the government does not object to this application.

Respectfully submitted,

Joshua L. Dratel

JLD/
cc: Brendan Quigley
Rahul Mukhi
Assistant United States Attorneys

The sentencing is adjourned to March 26, 2015 at 11:00 a.m.

SO ORDERED.

Loretta A. Preska
UNITED STATES DISTRICT JUDGE

1/6/15