LAW OFFICES OF

## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                                                                                                          STEVEN WRIGHT
—                                                                                                                                           *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

March 12, 2015

**BY ECF**

The Honorable Loretta A. Preska
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                              Re:      *United States v. Kevin Henderson*,
                                                       12 Cr. 863 (LAP)

Dear Chief Judge Preska:

      This letter is submitted on behalf of defendant Kevin Henderson, whom I represent in the above-entitled case, and requests, for the reasons set forth below, at least a two-week adjournment of Mr. Henderson's sentencing, which is scheduled for March 26, 2015.[1]  I have been in contact with Assistant United States Attorney Rahul Mukhi, who has informed me that the government does not object to this request.

      As a result of my recent illness following the conclusion of the time-consuming trial in *United States v. Ross Ulbricht*, Docket No. 14 Cr. 68, the preparation of Mr. Henderson's sentencing submission has been delayed, including the collection of letters written on his behalf by family and friends.  In addition, because I will be out of the office next week, I am respectfully requesting an adjournment in order to ensure that the sentencing submission on Mr. Henderson's behalf is provided to the Court sufficiently in advance of sentencing.

---

[1] I also respectfully note, for scheduling purposes, that I will be in California to visit an incarcerated client during the week of April 13, 2015.

Hon. Loretta A. Preska
Chief United States District Judge
Southern District of New York
March 12, 2015
Page 2 of 2

    Accordingly, it is respectfully requested that Mr. Henderson's sentencing be adjourned for at least two weeks to a date and time convenient to the Court. As noted above, I have been informed by AUSA Mukhi that the government does not object to this application.

                                            Respectfully submitted,

                                            Joshua L. Dratel

JLD/
cc:    Brendan Quigley
        Rahul Mukhi
        Assistant United States Attorneys