# EXHIBIT 1

Dear, Judge

I humbly and respectfully write this letter, firstly to apologize to the families that may have been affected by my crimes; secondly to my family whom have been deeply hurt by my incarceration especially my young daughter who at this moment in time is without both parents.

I apologize to the prosecution team and this court i am truly very sorry the impact of my crime on my young daughter has been severe as i, being the only living parent was not there and still not there for her when she needs me the most. I still shed tears when i think of her loneliness without either parent as her mother, my loving and dearest wife Nicole passed away recently while i've been in jail.

I often think of the wonderful moments we had together as a family even though we had little and nicole's battle with a kidney failure, and due to my stupidity i spent the last thirty two months in prison leaving them to cope and fend for themselves, due to my inconsiderate stupid and childish action for which i paid dearly. I should have been there for both of them as all they wanted was me and nothing else.

Yes my actions cost me and now i realize the damaging effect i may have had on other families due to the sale of drugs. my wife and daughter's recent words was to have me with them more than anything else, now i realize the pain which often brings tears to my eyes that

i may have caused other families i am very sorry. I wish i could take back the time, and were it possible i would live a different life being a better son, better husband to nicole and better father to [ ], not forgetting to be a better example to the community i once helped to destroy. i im so sorry as i regret every moment of my crime.

I pray everyone will forgive me as i now understand life from a different perspective i know the true meaning and value of a family and freedom as my daughter and other members of our family are constantly praying for my well-being

Growing up i did not know have anyone really there for me to express genuine love but i upon getting the opportunity again will make sure that my daughter knows true fatherly love. it is unfortunate that it took the pain of loss of nicole and separation from these dearest to me to bring me to reality for which i paid dearly.

Please find it in your hearts to forgive me for this action this time in the bop system seeing people that's never going to get a chance at freedom again shows me how easy that can be me an my prayers go's out to them. In the interim i began reading newspapers and email system to improve my reading, writing and typing skills as i hope to use attributes to obtain gainful employment upon release

Again i am truly very sorry and i pray that i would be forgiven

Respectfully
Kevin Jenkins