# EXHIBIT 2

As an older sister educator and and employer, I have known Kevin since he was about eight years of age. I have known Kevin Henderson in a variety of capacities for several years. He came to my parents home as a foster child and was later adopted. Over the years Kevin has become a member of my family. Our entire family is dedicated to supporting Kevin as we know that's what our parents would have done. Kevin is an achiever, he came to our family lacking some academic skills. We observed his growth and efforts. Our family was also proud when he earned a district award for most improved in his school.

In summary, Kevin is a kind and determined individual when given the opportunity house and will prove himself to be a valuable asset.

If you have any questions please do not hesitate to contact me.

Sincerely
Donna Dalton