# EXHIBIT 3

This letter is in reference to Kevin Henderson.

Kevin has been apart of my family life from his teenage years. My sister and I have welcomed him into our homes as a relative, have loved him like a nephew. There isn't anything I won't do for Kevin. Kevin has had a troubled past due to his biological parents abandoning him.

I personally ask the judge or any decision maker on his case to have leniency on hiss. Sentencing. I also ask that he be mandated to further his education and some personal counceling for his past problems. Through education I personally feel he will have a better chance of making a better life in society. Through counceling I feel he will

become a much better person mentally.
I love Kevin, would like him to succeed in his future life.
I thank you in advance on your decision of leniency towards his future.

Ada L. Rice
Entrepreneur