# EXHIBIT 4

To whom it may concern,

My name is Helena Jones; I am originally from New York City, I relocated to North Carolina June of 2004. Currently reside in Raleigh North Carolina and I'm currently employed with                          School System. I'm writing this letter on behalf of Mr. Kevin Henderson.

I have known Mr. Henderson for several years.  During the years I have known Kevin he has always displayed a very kind and humbled mannerism around me and my family. Kevin is the type of person that is always willing to lend a helping and when in need. For example I know this may sound a bit cliché but is a elderly person or anyone is struggling with carrying heavy bags or simply trying to walk across a street Kevin would not hesitate to lend a hand. His heart has always been that of kindness when it came to helping others. Kevin puts himself before others in times of need. He is never too busy to lend a hand or give a listening ear. I myself have called on Mr. Henderson to help me with advising my young ones with the importance of staying in school. Kevin is great with family and matters of the heart. Family is also very important to him. He loves his family Kevin has often shared with me how he aspires to be like his aunt. Kevin aunt is single, hardworking, mother, and owns her own hair salon. Kevin often helps out at the salon for no cost. He even babysits his sister children. Kevin has taken them on outings and has done lots of fun activities with. In return Kevin asks for nothing other than their love and affection which they do not mind giving because they simply adore Kevin. My daughter has taken kindly to Kevin, She has told me how much Kevin was a help to her by giving her advice about school and keeping her on the right track. My daughter has never been in trouble still she appreciates the good advice that Kevin has given her. Kevin always tell my daughter to keep up the good work and that has meant a lot to us over the years. I am pleased to have been ask to write this letter on Kevin behalf because for long as I have known him he has remained a respectful and humble person to myself and family. I don't get to visit Kevin as much as I would like because I live such a distance away from New York City. However that does not stop Kevin from calling and writing to make sure myself and family are doing well. Kevin even expresses concern for my students here in North Carolina.  In closing I would like to share a few words that

Kevin has shared with me. Kevin is aware of the mistakes he has made and is of course taking full responsibility for his actions. However he is diligently working to repair his life and work even harder to reach his goals. I'm confident Kevin will strive and work effortlessly to become a productive and active member in society.

Yours Truly,

Helena Jones