EXHIBIT 5

03/11/2015

To Whom It May Concern, I Jonathan Smith is asking the court to be merciful in the sentencing of my good friend Mr. Kevin Henderson. I know he has been convicted of a serious crime and the court sees that he needs to be punished for his action and involvement.  I am asking the court for some compassion when sentencing Kevin. He is a good person and he also has a very good heart.  I have known him for over 20 years and everybody can tell you that he is very compassionate person. Although he was brought up in the foster care system he has shown no signs of being hateful or angry. Kevin grew up in the community just like every other child trying to find his way. The world is a harsh place to live for some people and for Kevin it was just a little bit harder, growing  up as a foster kid and not having a family to call your own can do damage to a person, and in his defense he was trying to find his way.  Again I am asking the court to please take in some consideration while sentencing Kevin because he has been a victim since he was a little boy, no parents, and no stable home.

Thank You

Jonathan Smith