# EXHIBIT 6

March 11, 2015

To whom it may concern,

      My name is Kangela Harris and I am a close friend to the family of Kevin Henderson. I am writing to inform you of the many fine qualities that Kevin possesses. I have known Kevin for over 20 years, therefore I feel more than qualified to speak on his behalf in terms of his character. I first met Kevin in 1985 when he was adopted by my neighbor Mrs. Dalton. He was and still is a respectful young man. Throughout the time that I have known him he has been very helpful to me and my family. I have formed a very positive opinion about Kevin because I have seen him grow up. Kevin is an honest, reliable, loving and caring person to say the very least. Kevin always operates with integrity and maturity. Kevin is a very kind person; he is vibrant, with a remarkable personality. Over the years I have seen kids go down the wrong path in life but for Kevin and due to his circumstances of life he wasn't taught how to choose the right path. Unfortunately Kevin is a child who grew up in the foster care system which is not at all a pleasant way to grow up, some kids make it out fine and some kids don't.

      I am asking for the NYS Southern District Court to please be lenient and to take into consideration when sentencing Kevin Henderson on his charges that he is a lost child who grew up in the foster care system, looking for family love, with no structure or adequate guidance.

If I can be of further assistance, please feel free to contact me at

Thank You

Kangela Harris