# EXHIBIT 7

March 2015

To Whom It May Concern,

My name is Apryl Jones. I reside in Raleigh North Carolina. I met Kevin Henderson some years ago through my mother. Kevin was very polite and respectful at the beginning and has remained that way since the day I met him. He has always showed love and concern for my mom, myself and family. He always had a listening ear or a shoulder to lean on for myself and others. Since I have known him he seems like the type of person who puts others before himself. In closing I would like to say thank you for giving me the opportunity to share my good thoughts about Mr. Kevin Henderson.

Respectfully,

Apryl Jones