# EXHIBIT 8

MARCH 2015

To Whom It May Concern,

My name is Angela Lancaster. I live in Raleigh North Carolina. I had the pleasure of meeting Kevin several years ago in New York City. I was introduced to him by my very good friend Helena Jones. I have known Helena over 40 years. Helena is the kind of person who is very protective of her children and family. She will keep people at a distance if they are not forthcoming and trustworthy. I was happy to see that her new friend had those qualities, for example Kevin would always talk about how important family was and how he love doing things with and for his family. His face would light up whenever he talked about things he did with and for his nieces and nephew. Kevin also talked with the children about staying in school and working hard to get their education. The holidays is what Kevin enjoyed the most because he could take his nieces and nephew out with him to spend the day getting treats. Of course his niece and nephew loved him because of the time he took to spend with them. Kevin also extended his loving ways to others that were around him, by being polite and respectful. Even children on his street that were not related to him he would make the time to be lovable and kind to them as well. I could go on and on about how good of a person Kevin is but I will end with saying Kevin is a good person and if he has made a wrong choice he will learn how to make it right.

Yours Truly

*Angela Lancaster*

Angela Lancaster